

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

-CHAMBERS OF
Claire R. Kelly
   Judge

March 21, 2022

Matthew Robert Nicely, Esq.
Daniel Martin Witkowski, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006-1037
Email:    mnicely@akingump.com
          dwitkowski@akingump.com

In K. Cho, Esq.
Patricia Mary McCarthy, Esq.
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:    in.k.cho@usdoj.gov
          patricia.mccarthy@usdoj.gov

Savannah Rose Maxwell, Esq.
Spencer Neff, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
Email:    savannah.maxwell@trade.gov
          spencer.neff@trade.gov

Court No. 20-00069                                                                                        Page **2** of **3**

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Enbar Toledano, Esq.
Jeffrey Owen Frank, Esq.
Maureen Elizabeth Thorson, Esq.
Stephanie Manaker Bell, Esq.
Stephen Joseph Obermeier, Esq.
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006
   Email:      aprice@wiley.law
                  ateslik@wiley.law
                  cweld@wiley.law
                  etoledano@wiley.law
                  jfrank@wiley.law
                  mthorson@wiley.law
                  sbell@wileyrein.com
                  sobermeier@wiley.law

Diana Dimitriuc-Quaia, Esq.
Jessica Rose DiPietro, Esq.
John Marshall Gurley, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
   Email:      diana.dimitriuc-quaia@arentfox.com
                  jessica.dipietro@arentfox.com
                  john.gurley@arentfox.com

Matthew Paul McCullough, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW
Suite 1300
Washington, DC 20006
   Email:      mmccullough@curtis.com

Re: *Building Systems de Mexico, S.A. de C.V. v. United States*
Court No. 20-00069

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, March 29, 2022. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, March 28, 2022 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

 /s/ Claire R. Kelly
 Claire R. Kelly, Judge

Cc: Steve Taronji
    For docketing