

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

December 13, 2022

Matthew Robert Nicely, Esq.
Daniel Martin Witkowski, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006-1037
  Email:    mnicely@akingump.com
              dwitkowski@akingump.com

Daniel Francis Roland, Esq.
In K. Cho, Esq.
Patricia Mary McCarthy, Esq.
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
  Email:    daniel.f.roland@usdoj.gov
             in.k.cho@usdoj.gov
             patricia.mccarthy@usdoj.gov

Savannah Rose Maxwell, Esq.
Spencer Neff, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
  Email:    savannah.maxwell@trade.gov
             spencer.neff@trade.gov

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Enbar Toledano, Esq.
Jeffrey Owen Frank, Esq.
Maureen Elizabeth Thorson, Esq.

Stephanie Manaker Bell, Esq.
Stephen Joseph Obermeier, Esq.
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006
Email:         aprice@wiley.law
               ateslik@wiley.law
               cweld@wiley.law
               etoledano@wiley.law
               jfrank@wiley.law
               mthorson@wiley.law
               sbell@wileyrein.com
               sobermeier@wiley.law

Diana Dimitriuc-Quaia, Esq.
Jessica R. DiPietro, Esq.
John Marshall Gurley, Esq.
Arent Fox LLP
1717 K Street, NW.
Washington, DC 20006-5344
Email:         diana.dimitriuc-quaia@arentfox.com
               jessica.dipietro@arentfox.com
               john.gurley@arentfox.com

Matthew Paul McCullough, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
Email:         mmccullough@curtis.com

   Re: *Building Systems de Mexico, S.A. de C.V. v. United States*
     Court No. 20-00069

Dear Counsel:

  It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Wednesday, December 21, 2022. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Tuesday, December 20, 2022 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                                Sincerely,

                                        /s/ Claire R. Kelly
                                        Claire R. Kelly, Judge